IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00704–RM–KMT

LESLIE MCDONALD, individually and as parent guardian of Kellen McDonald, and
KELLEN MCDONALD, a minor, by and through his parent and guardian Leslie McDonald,

      Plaintiffs,

v.

TOYOTA MOTOR CORPORATION, a Japanese Corporation,
TOYOTA MOTOR SALES U.S.A., INC., a California Corporation, and
DOES 1-30, inclusive,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the "Joint Motion to Enter Stipulated Protective Order." (Doc. No. 18, filed July 2, 2013.)  The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here.  Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection." *Id* at 386.  The proposed Protective Order does not comply with this requirement of *Gillard*.  Therefore, it is ORDERED that the Motion to Enter Stipulated Protective Order (Doc. No. 18) is DENIED without prejudice, and the proposed Protective Order is REFUSED.

Dated: July 3, 2013