IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00704-RPM-KMT

**LESLIE MCDONALD,** individually and as a parent and
guardian of **KELLEN MCDONALD**; and
**KELLEN MCDONALD**. a minor, by and through his
parent and guardian **LESLIE MCDONALD**,

        Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION**, a Japanese
Corporation;
**TOYOTA MOTOR SALES U.S.A., INC.**, a California
Corporation; and
**DOES 1-30**, inclusive,

        Defendants.

---

### STIPULATED PROTECTIVE ORDER

---

       **WHEREAS**, Plaintiffs filed this action against Toyota Motor Corporation ("TMC")
and  Toyota Motor Sales, U.S.A., Inc. ("TMS") (collectively, the "Toyota Defendants"),
and

       **WHEREAS**, the documents listed by Bates Number as Exhibit "One" are claimed
by the Toyota Defendants to contain information that includes proprietary interests,
trade secrets, and confidential commercial information, in addition to other information
all of which provides the Toyota Defendants a competitive advantage that will be
irretrievably lost if the information is acquired by competitors of the Toyota Defendants
in the automotive industry and marketing business;

**WHEREAS**, the documents listed by the Toyota Defendants in Exhibit "One" have been reviewed by counsel for Toyota, who certify that their enumeration here is based on a good faith belief that the information they contain is confidential or otherwise entitled to protection.

**WHEREAS**, the Toyota Defendants may produce additional documents during the course of discovery in this case which the Toyota Defendants similarly claim to contain information that includes proprietary interests, trade secrets, and confidential commercial information, in addition to other information  all of which provides the Toyota Defendants a competitive advantage that will be irretrievably lost if the information is acquired by competitors of the Toyota Defendants in the automotive industry and marketing business;

**WHEREAS**, the Toyota Defendants desire to preserve the confidentiality of such information and prevent the information from being acquired by their competitors;

**WHEREAS**, the documents listed by Bates Number as Exhibit "Two" are claimed by the Plaintiffs to contain information that includes personal medical and psychological information that if acquired by others could be used to harass, embarrass or cause other irreparable damage to Plaintiffs;

**WHEREAS**, Plaintiffs may produce additional documents that contain information that includes personal medical records that if acquired by non-parties could be used to harass, embarrass, or cause other irreparable damage to Plaintiffs;

**WHEREAS**, Plaintiffs desire to preserve the confidentiality of their personal medical and psychological information from being acquired by non-parties; and

**WHEREAS**, the documents listed by the Plaintiffs in Exhibit "Two" have been reviewed by counsel for Plaintiffs, who certify that their enumeration here is based on a

good faith belief that the information they contain is confidential or otherwise entitled to protection.

**IT IS HEREBY STIPULATED** that the Court may enter the following Stipulated Protective Order for those documents listed in Exhibit "One" and Exhibit "Two" and, which the Toyota Defendants subsequently add to Exhibit "One" and Plaintiffs subsequently add to Exhibit "Two," and such other documents as may be produced in the course of discovery in this case that may include information that includes proprietary interests, trade secrets, and confidential commercial information or information that provides the Toyota Defendants with a competitive advantage and any personal medical and psychological information as may be disclosed or produced in the course of discovery or independently acquired by Toyota Defendants through HIPAA requests that could be used to harass, embarrass or otherwise harm Plaintiffs, provided that counsel for the respective parties first reviews the information and certifies that the enumeration of any such additional information is based upon a good faith belief that it is confidential or otherwise entitled to protection.

**IT IS HEREBY ORDERED THAT:**

1.    The term "confidential information" as used in this Stipulated Protective Order shall refer to those documents identified as "Confidential" or "Subject to Protective Order" as described below, and to the substance of any information obtained from such documents that are claimed by the Toyota Defendants to contain proprietary interests, trade secrets, and confidential commercial information, in addition to information that provides the Toyota Defendants a competitive advantage that will be irretrievably lost if the information is acquired by competitors of the Toyota Defendants, and any documents identified as "Confidential" or "Subject to Protective Order" as described below, and to the substance of any information obtained from such

documents that are claimed by Plaintiffs to contain personal medical or psychological information.

2.     The documents protected by this Stipulated Protective Order have been designated by:

(a)     Typing, stamping or imprinting upon the document the following words: "CONFIDENTIAL" or "SUBJECT TO PROTECTIVE ORDER;" and

(b)     Applying such in a manner so as not to obscure any information contained therein.

3.     All information and documents designated as confidential shall be accorded confidential status until such time as determined otherwise pursuant to the following provisions of the Stipulated Protective Order.

4.     Any notes, lists, memoranda, indices, compilations, electronically stored information, reports, records and documents prepared or based on an examination of "confidential information" and any summaries of "confidential information," which quote from, identify or refer to the "confidential information" with such specificity that the "confidential information" can be identified, or by reasonable logical extension can be identified, shall be accorded the same status of confidentiality as the underlying "confidential information" from which they are made and shall be subject to all of the terms of the Stipulated Protective Order.

5.     All "confidential information" shall be used for this litigation, shall not be used for any business, commercial or competitive purposes, and shall not be used to harass, embarrass, or otherwise harm a Party's privacy interests **may be disclosed only to the following individuals or entities, and shall not be revealed, discussed or disclosed in any manner or in any form, to any person, entity or judicial tribunal other than**:

(a)     The Court and Court personnel including court reporters retained by the parties;

(b)     Counsel with the law firms representing the parties;

(c)     An employee of counsel with the law firms representing the parties to whom it is necessary that the material be shown for purposes of litigation; and

(d)     Experts or professional advisors and persons regularly employed in their offices retained by a party to assist in the prosecution or defense of this action, but only to the extent necessary for such person to perform their assigned tasks in connection with this action.

6.      "Confidential information" shall not be shown or disclosed to persons described in paragraphs 5(b), 5(c), and 5(d) until that person shall be shown this Stipulated Protective Order and signs and dates a written agreement to be bound by the terms of this Stipulated Protective Order, which agreement shall be identical to that set forth in Appendix A of this Stipulated Protective Order.

7.      The original and copies of the signed agreement(s) shall be maintained in the possession, custody and control of respective counsel for the parties who disclose discovery marked as Confidential to persons described in paragraphs 5(b), 5(c), and 5(d). The Parties will meet and confer if a party requests the other party to disclose such signed copies to them and if necessary may seek a Court Order requiring the withholding party to disclose such signed copies to them.

8.      All persons who receive "confidential information" and/or material or information accorded the status of confidentiality in this action shall maintain the confidentiality of such material and information in accordance with the terms of this Stipulated Protective Order.

9.      Copies of discovery responses and documents containing "confidential information" shall not be filed with the Court, except in accordance with Paragraph 10 herein.

10.     In the event that any document, deposition testimony, deposition exhibit, interrogatory, answer thereto, exhibit or attachment to an interrogatory or answer, request for production, answer to request for production, documents and/or exhibits accompanying a document request or answer, request for admission or response thereto, motion, memorandum, affidavit, brief or any other submission by any party is filed with the Court which includes, incorporates or quotes "confidential information," such filings shall be submitted in sealed envelopes and other appropriate containers endorsed to the effect that they are sealed pursuant to this Stipulated Protective Order by reason of containing "confidential information" and shall be maintained under seal and not disclosed, except to the Court, except upon further Order of this Court.

11.     To the extent that any "confidential information" is used in the taking of depositions, such "confidential information" shall remain subject to the provisions of this Stipulated Protective Order.  At the time any "confidential information" is used in any deposition, counsel for the parties must inform the reporter of this Stipulated Protective Order.  The reporter shall operate in a manner consistent with this Stipulated Protective Order and shall separately label the confidential portions of the deposition transcript, including documents and other exhibits containing confidential information. **The confidential information shall be sealed and made part of the original deposition transcript, <u>not any certified copies</u>, and counsel for the Party or Parties claiming Confidentiality shall retain custody and control of the original transcript, or that portion of the original transcript referring to the confidential information and the sealed confidential documents.**

12.     The Parties may designate depositions or other testimony concerning the documents and the information contained therein as "confidential information" by:

(a)     Stating orally on the record the day the testimony is given that the information is expected to be "confidential;" and,

(b)     Sending written notice designating by page and line the portions of the transcript of the deposition or other testimony to be treated as "Confidential," within 10 days after receipt of the transcript.

The reporter shall operate in a manner consistent with this Stipulated Protective Order and shall prepare a separate transcript containing the confidential portions of the deposition, including documents and other exhibits containing "confidential information," **and counsel for the Party or Parties claiming confidentiality shall maintain custody and control of that portion of the original transcript. Those pages in any transcript referring to confidential information shall include a stamp identifying all such pages as "confidential."**

13.     Any party may apply to the Court for the imposition of further limitations upon the disclosure of specific information if such party deems further limitations are required in specific instances. Any party may apply to the Court for relief from limitations if such party deems such relief is required in specific instances.

14.     Nothing in this Stipulated Protective Order shall prevent the Toyota Defendants from amending Exhibit "One" nor the Plaintiffs from amending Exhibit "Two" to identify additional documents that they have designated as confidential and will therefore be subject to the terms of  this Stipulated Protective Order.

15.     Nothing in this Stipulated Protective Order shall prevent any disclosure if the party designating the information as confidential consents to such disclosure.

16.     The execution of this Stipulated Protective Order shall not in any way detract from the right of a party to object to the production of discovery materials on grounds other than confidentiality.

17.     Failure by a party to challenge the confidentiality of any document or information at the time of receipt thereof shall not preclude a subsequent challenge thereto. In the event a party to this litigation disagrees with the designation of any information as confidential, the parties shall attempt to dispose of such dispute in good faith on an informal basis.  If the disagreement cannot be resolved in this fashion, the party contesting the confidentiality of the material may, by sealed motion setting forth with specificity the items challenged, seek an Order freeing the material in question from the designation as "confidential information."   The party asserting that documents or other tangible litigation materials constitute "confidential information" shall bear the burden of proof that the terms of this Stipulated Protective Order apply.  Any information as to which such Motion is made shall remain "confidential information" under the provisions of this Stipulated Protective until further Order of the Court.

18.     Nothing contained in this Stipulated Protective Order shall prevent a party to this action from using its own confidential information and material in any way that it sees fit, or from revealing its own confidential information and material to whomever it chooses, without prior consent of any person or of the Court.

19.     After the conclusion of this litigation as to all parties, all "confidential information" and all copies thereof shall be either returned to counsel for the other Party, or destroyed by counsel for the other Party.  In either event, counsel for the Parties shall execute and provide to counsel for the other Party an affidavit stating under oath that all "confidential information" and all copies thereof have either been destroyed or returned. Moreover, all such "confidential information" shall remain subject to the terms of this

Stipulated Protective Order, and the parties Stipulated to the continuation of jurisdiction and venue of this Court to resolve any disputes arising from the treatment or disposition of "confidential information" after conclusion of this litigation.

20. This Stipulated Protective Order shall not be abrogated, modified, amended or enlarged except by agreement of the parties or by Motion, with notice given to each of the parties.

21. Nothing contained herein shall restrict the presentation of any evidence, including "Confidential Information," to a jury or the Court during a trial or other hearing of this action. However, such presentation shall not constitute a waiver of any restrictions provided for in this Stipulated Protective Order and the parties agree to take reasonable steps to maintain the confidentiality of any "confidential information" at any hearing or upon trial of this matter in such a manner and until such time as the Court may direct and/or as the parties may otherwise agree. Before any such presentation of "confidential information," the presenting Party shall provide the other Party with appropriate notice so that the Party claiming confidentiality may have the opportunity to lodge appropriate objections or seek the Court's direction to prevent disclosure of the "confidential information."

SO ORDERED, this 9th day of July, 2013.

_____
U.S. Magistrate Judge

STIPULATED TO AND AGREED:

Date:  July 8, 2013

 s/ Richard J. Hood
Richard J. Hood
Andrus, Hood & Wagstaff, P.C.
1999 Broadway, Suite 4150
Denver, CO  80202
Telephone:  303.376.6360
rjh@ahw-law.com

Attorney for Plaintiffs Leslie and
Kellen McDonald

Date:  July 8, 2013

 s/ Stephen E. Oertle
John R. Trigg
Edward C. Stewart
Stephen E. Oertle
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202
Telephone:  303.244.1800
trigg@wtotrial.com
stewart@wtotrial.com
oertle@wtotrial.com

Attorneys for Defendants Toyota Motor
Corporation and Toyota Motor Sales U.S.A.,
Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00704-RM-KMT

**LESLIE MCDONALD,** individually and as a parent and
guardian of **KELLEN MCDONALD**; and
**KELLEN MCDONALD**. a minor, by and through his
parent and guardian **LESLIE MCDONALD**,

        Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION**, a Japanese
Corporation;
**TOYOTA MOTOR SALES U.S.A., INC.**, a California
Corporation; and
**DOES 1-30**, inclusive,

        Defendants.

## APPENDIX A TO STIPULATED PROTECTIVE ORDER

I, _____, certify that I

have read the Stipulated Protective Order dated _____, entered in the above-

captioned action and further certify that I fully understand the procedural and

substantive requirements of that Stipulated Protective Order, a copy of which is

attached hereto.  Before reviewing or receiving access to any document, material,

information and/or discovery subject to the protection of that Stipulated Protective Order

and as a condition for such review and/or access, I understand and agree that I am

personally bound by and subject to all of the terms and provisions of the Stipulated

Protective Order.  I subject myself to the jurisdiction and venue of said the U.S. District

Court for the District of Colorado for purposes of enforcement of the Stipulated Protective Order.

_____
(signature)

_____
(print name)

Sworn to and subscribed before me this ___ day of _____, 2013.

_____
Notary Public

## EXHIBIT "ONE"

## Documents Produced by Defendants Subject to a Stipulated Protective Order

(A) Frame sub-assembly drawings applicable to the 2007-2012 U.S. bound F.J. Cruiser, and Engineering Change Instruction (ECI) sheets mentioned in those drawings.

| Part No. | Document Description | Bates Nos. |
|----------|---------------------|------------|
| 51001-35A00-C | FRAME SUB-ASSY MY 2007-2010 | 828213 |
| 51001-35A70 | FRAME SUB-ASSY MY 2010 | 828214 |
| 51001-35A70-D | FRAME SUB-ASSY MY 2010-2011 | 828215 |
| 51001-35A71-B | FRAME SUB-ASSY MY 2011-2012 | 828216 |

| ECI No. | Bates Nos. |
|---------|------------|
| 244WF1808 | 460780-460790 |
| 327WF0120 | 828531-828536 |
| 327WF0473 | 599674-599755 |
| 327WF0551 | 828537-828544 |
| 327WF0578 | 828545-828551 |
| 327WF0661 | 828560-828565 |
| 493WF0032 | 828552-828559 |
| 493WF0095 | 828566-828574 |
| 493WF0240 | 828590-828597 |
| 493WF0242 | 828575-828581 |
| 493WF0295 | 828582-828589 |

(B) Rear drive shaft drawings applicable to the 2007-2012 U.S. bound F.J. Cruiser, and ECI sheets mentioned in those drawings.

| Part No. | Document Description | Bates Nos. |
|----------|---------------------|------------|
| 00421-60029-A | ASSY DRAWING, RR AXLE MY 2007-2010 | 181294-181294A |

| | | |
|---|---|---|
| *00421-60033* | *ASSY DRAWING, RR AXLE MY 2010* | *828239* |
| *00421-60033-A* | *ASSY DRAWING, RR AXLE MY 2010-2011* | *828240* |
| *00421-60033-B* | *ASSY DRAWING, RR AXLE MY 2011* | *828241* |
| *00421-60033-C* | *ASSY DRAWING, RR AXLE MY 2011-2012* | *828242* |
| *00421-60033-D* | *ASSY DRAWING, RR AXLE MY 2012* | *828243* |
| *00421-60033-F* | *ASSY DRAWING, RR AXLE MY 2012* | *828244* |

| *ECI No.* | *Bates Nos.* |
|---|---|
| *244WF0363* | *828427-828428* |
| *244WF0482* | *828429-828430* |
| *243WF0313* | *828431-828432* |
| *244WF0580* | *828433-828435* |
| *244WF0883* | *460937* |
| *244WF1896* | *460940-460945* |
| *327WF0055* | *460964-460971* |
| *327WF0294* | *460972-460978* |
| *445WF1613* | *828439-828445* |
| *445WF2732* | *651807-651812* |
| *445WF3116* | *828458-828463* |
| *445WF3254* | *828464-828512* |
| *445WFV004* | *828446-828457* |
| *445WS0023* | *828436-828438* |

(C) Assembly drawings applicable to the fuel system (including the fuel tank, fuel line, fuel tank protector, fuel pressure regulator, fuel pulse damper, fuel injector, canister, filler pipe, and fuel filler neck and cap) of the 2007-2012 U.S. bound F.J. Cruiser, and ECI sheets mentioned in those drawings.

| *Part No.* | *Document Description* | *Bates Nos.* |
|---|---|---|
| *23209-31010-B* | *INJECTOR SET, FUEL MY 2007* | *754953* |

| | | |
|---|---|---|
| *23209-31010-C* | *INJECTOR SET, FUEL*<br>*MY 2007-2012* | *738020* |
| *23209-31060-A* | *INJECTOR SET, FUEL*<br>*MY 2007* | *754954* |
| *23209-31060-B* | *INJECTOR SET, FUEL*<br>*MY 2007-2010* | *754955* |
| *23209-31100* | *INJECTOR SET, FUEL*<br>*MY 2010-2012* | *707602* |
| *23270-31010* | *DAMPER ASSY, FUEL PRESSURE PULSATION*<br>*MY 2007* | *754956* |
| *23270-31010-A* | *DAMPER ASSY, FUEL PRESSURE PULSATION*<br>*MY 2007-2010* | *754957* |
| *23270-31080* | *DAMPER ASSY, FUEL PRESSURE PULSATION*<br>*MY 2010* | *707604* |
| *23270-31080* | *DAMPER ASSY, FUEL PRESSURE PULSATION*<br>*MY 2010-2012 (drawing reproduction)* | *707605* |
| *23280-31010-B* | *REGULATOR ASSY, FUEL PRESSURE*<br>*MY 2007-2008* | *828247* |
| *23280-31010-C* | *REGULATOR ASSY, FUEL PRESSURE*<br>*MY 2008-2010* | *828248* |
| *23280-31050-A* | *REGULATOR ASSY, FUEL PRESSURE*<br>*MY 2010-2012* | *828249* |
| *23280-31051* | *REGULATOR ASSY, FUEL PRESSURE*<br>*MY 2012* | *828250* |
| *23807-31010-D* | *PIPE SUB-ASSY, FUEL DELIVERY*<br>*MY 2007* | *828235-828236* |
| *23807-31010-F* | *PIPE SUB-ASSY, FUEL DELIVERY*<br>*MY 2007-2012* | *828237-828238* |
| *23807-31120* | *PIPE SUB-ASSY, FUEL DELIVERY*<br>*MY 2007-2012* | *707607-707608* |
| *77020-35120-B* | *TUBE ASSY, FUEL SUCTION W/PUMP &*<br>*GAGE, MY 2007* | *828258-828259* |
| *77020-35121* | *TUBE ASSY, FUEL SUCTION W/PUMP &*<br>*GAGE, MY 2007-2008* | *828260-828261* |
| *77020-35121-B* | *TUBE ASSY, FUEL SUCTION W/PUMP &*<br>*GAGE, MY 2008-2010* | *828262-828263* |
| *77020-35170* | *TUBE ASSY, FUEL SUCTION W/PUMP &*<br>*GAGE, MY 2010-2012* | *828264-828266* |
| *77020-35171* | *TUBE ASSY, FUEL SUCTION W/PUMP &*<br>*GAGE, MY 2012* | *828267-828269* |
| *77100-35A30* | *TANK ASSY, FUEL*<br>*MY 2010* | *828276-828278* |
| *77100-35A30* | *TANK ASSY, FUEL*<br>*MY 2010 (drawing reproduction)* | *828279-828281* |

| | | |
|---|---|---|
| *77100-35A30-A* | *TANK ASSY, FUEL*<br>*MY 2010* | *828282-828284* |
| *77100-35A30-C* | *TANK ASSY, FUEL*<br>*MY 2010* | *828285-828287* |
| *77100-35A30-C* | *TANK ASSY, FUEL*<br>*MY 2010-2012* | *828288-828290* |
| *77100-35A30-D* | *TANK ASSY, FUEL*<br>*MY 2012* | *828291-828293* |
| *77100-3S350-B* | *TANK ASSY, FUEL*<br>*MY 2007* | *828270-828272* |
| *77100-3S350-C* | *TANK ASSY, FUEL*<br>*MY 2007-2009* | *828273-828275* |
| *77200-35070* | *TUBE ASSY, FUEL W/CLAMP*<br>*MY 2007-2010* | *828294* |
| *77200-35130* | *TUBE ASSY, FUEL W/CLAMP*<br>*MY 2010-2012* | *828295* |
| *77210-35040-A* | *PIPE ASSY, FUEL TANK FILLER*<br>*MY 2007-2012* | *828296* |
| *77300-52040-B* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2007* | *828217-828218* |
| *77300-52040-C* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2007* | *828219-828220* |
| *77300-52040-D* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2007-2008* | *828221-828222* |
| *77300-52040-F* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2008-2010* | *828223-828224* |
| *77300-52040-G* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2010* | *828225-828226* |
| *77300-52040-H* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2010-2011* | *828227-828228* |
| *77300-52040-J* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2011* | *828229-828230* |
| *77300-52040-K* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2011-2012* | *828231-828232* |
| *77300-52040-M* | *CAP ASSY, FUEL TANK W/TETHER*<br>*MY 2012* | *828233-828234* |
| *77606-35070-D* | *PROTECTOR SUB-ASSY, FUEL TANK*<br>*MY 2007-2012* | *828297* |
| *77643-35050-A* | *PROTECTOR, FUEL TANK, NO. 3*<br>*MY 2007-2012* | *828298* |
| *77740-35530* | *CANISTER ASSY, CHARCOAL*<br>*MY 2007-2010* | *738096* |
| *77740-35530-A* | *CANISTER ASSY, CHARCOAL*<br>*MY 2010-2011* | *738097* |

*77740-35531*          *CANISTER ASSY, CHARCOAL*          *828299*
                       *MY 2011-2012*

---

**ECI No.**                                              **Bates Nos.**

*000GF9BMD*                                              *767108-767132*
*000GF9BRS*                                              *828741-828755*
*000GF9CJ3*                                              *828324-828341*
*000GF9CQF*                                              *828928-828946*
*000GF9CUR*                                              *738260-738271*
*000GF9D46*                                              *707735-707743*
*000GF9DR1*                                              *721802-721829*
*000GF9DUG*                                              *828764-828772*
*000GF9E38*                                              *828773-828780*
*000GF9EMT*                                              *828349-828360*
*000GF9GZ9*                                              *828385-828393*
*000GF9HDM*                                              *828394-828414*
*000GF9HDN*                                              *828415-828426*
*045YF0002*                                              *755149-755149*
*045YF0018*                                              *755150*
*045YF0067*                                              *755151*
*045YF0069*                                              *828523-828524*
*045YF0079*                                              *755152-755153*
*045YF0102*                                              *738297-738298*
*045YF0179*                                              *755154-755166*
*045YF0272*                                              *755167-755173*
*045YF0333*                                              *707744-707777*
*045YF0345*                                              *707691-707696*
*045YF0420*                                              *828525-828530*
*045YF0563*                                              *754927-754934*
*045YS0002*                                              *738299*
*056YF0040*                                              *755175-755226*
*056YF0093*                                              *707778-707786*
*244WF1697*                                              *738812-738818*
*244WF2651*                                              *738840-738845*
*299WF1095*                                              *828317-828323*
*299WF1262*                                              *828342-828348*
*315WF2474*                                              *828300-828316*
*327WF0065*                                              *828887-828892*
*327WF0094*                                              *828893-828898*
*327WF0096*                                              *828961-828968*

| | |
|---|---|
| *327WF0102* | *828905-828910* |
| *327WF0183* | *738887-738893* |
| *327WF0224* | *828756-828763* |
| *327WF0342* | *828911-828916* |
| *327WF0545* | *828781-828801* |
| *327WF0582* | *828817-828823* |
| *327WF0605* | *828899-828904* |
| *327WF0643* | *828824-828829* |
| *327WF0649* | *828830-828835* |
| *327WR0003* | *828811-828816* |
| *327WR0010* | *828947-828953* |
| *327WR0019* | *828954-828960* |
| *327WS0011* | *828728-828740* |
| *405WF2207* | *828969-828976* |
| *432WF2057* | *828361-828372* |
| *432WF2774* | *828373-828384* |
| *445WF2053* | *685288-685296* |
| *445WF2537* | *685335-685340* |
| *493WF0208* | *828836-828856* |
| *493WF0266* | *828857-828865* |
| *493WF0285* | *828866-828880* |
| *493WF0300* | *828917-828926* |
| *493WF0306* | *828802-828810* |
| *493WF0310* | *828881-828886* |
| *493WH0020* | *828927* |

(D) Floor assembly and main body welding drawings applicable to the 2007-2012 U.S. bound F.J. Cruiser and ECI sheets mentioned in those drawings.

| *Part No.* | *Document Description* | *Bates Nos.* |
|---|---|---|
| *00580-35009-C* | *INSTRUCTION DRAWING, MAIN BODY WELDING, MY 2007-2008* | *574292-574293* |
| *00580-35010* | *INSTRUCTION DRAWING, MAIN BODY WELDING, MY 2008-2010* | *574294-574295* |
| *00580-35010-B* | *INSTRUCTION DRAWING, MAIN BODY WELDING, MY 2010-2011* | *574296-574297* |
| *00580-35012-B* | *INSTRUCTION DRAWING, MAIN BODY WELDING, MY 2011-2012* | *652080-652081* |
| *00580-35012-C* | *INSTRUCTION DRAWING, MAIN BODY WELDING, MY 2012* | *828245-828246* |
| *00610-35010-L* | *INSTRUCTION DRAWING, SIDE PANEL WELDING, MY 2007-2008* | *574298-574300* |

| | | |
|---|---|---|
| *00610-35012* | *INSTRUCTION DRAWING, SIDE PANEL WELDING, MY 2008-2012* | *574301-574303* |
| *57012-35080* | *BODY SUB-ASSY, UNDER, RR MY 2007-2012* | *828255* |
| *57012-35081* | *BODY SUB-ASSY, UNDER, RR MY 2010* | *828256* |
| *57012-35082* | *BODY SUB-ASSY, UNDER, RR MY 2012* | *828257* |
| *58101-3G210* | *PAN SUB-ASSY, FR FLOOR MY 2007-2009* | *828251* |
| *58101-3G210-C* | *PAN SUB-ASSY, FR FLOOR MY 2009-2010* | *828252* |
| *58101-3G210-F* | *PAN SUB-ASSY, FR FLOOR MY 2010-2011* | *828253* |
| *58101-3G210-H* | *PAN SUB-ASSY, FR FLOOR MY 2011-2012* | *828254* |

| *ECI No.* | *Bates Nos.* |
|---|---|
| *327WP0209* | *573505* |
| *327WP0232* | *828651-828658* |
| *327WP0250* | *573407* |
| *327WP0372* | *828659-828670* |
| *327WP0374* | *828598-828605* |
| *327WP0529* | *573408* |
| *327WP0990* | *828606-828612* |
| *327WP0995* | *573491-573497* |
| *327WP1067* | *828671-828679* |
| *327WP1331* | *828680-828686* |
| *327WP1367* | *828687-828693* |
| *327WP1607* | *573409-573470* |
| *327WP1709* | *828613-828620* |
| *327WP1747* | *828621-828631* |
| *327WP1780* | *828694-828700* |
| *327WP1790* | *828710-828718* |
| *327WP1848* | *573471-573479* |
| *327WP1862* | *828632-828639* |
| *327WP1887* | *573480-573490* |
| *327WP1930* | *828701-828709* |
| *327WRP019* | *573506-573514* |
| *327WRP254* | *573498-573504* |

| | |
|---|---|
| *327WSP004* | *573699* |
| *493WP0156* | *820709-820731* |
| *493WP0206* | *651816-651824* |
| *493WP0387* | *828640-828650* |
| *493WP0489* | *828513-828522* |
| *493WPV029* | *828719-828727* |
| *493WSP007* | *651813-651815* |

(E) Relevant crash test reports applicable to the 2007-2012 U.S. bound F.J. Cruiser.

| *Document Description* | *Model Year* | *Bates Nos.* |
|---|---|---|
| **HEAD ON** | | |
| *Test Report No. RRMS-051021* | *2007-2012* | *573815-573840 J* |
| *155L 35mph Frontal Collision* | | *600496-600521 E* |
| *Test (AM50 w/belt)* | | |
| *FMVSS 204, 208, 212, 219 and 301* | | |
| *Video* | | *575704* |
| | | |
| *Test Report No. RRMS-051022* | *2007-2012* | *573841-573863 J* |
| *155L 25mph Frontal Collision* | | *600522-600544 E* |
| *Test (AM50 w/o belt; FMVSS 208* | | |
| *Video* | | *575705* |
| | | |
| *Test Report No. RRMS-051025* | *2007-2011* | *573910-573934 J* |
| *155L 30mph Frontal Collision* | | *600591-600615 E* |
| *Test (AF05 w/belt); FMVSS 208* | | |
| *Video* | | *575708* |
| | | |
| *Test Report No. RRMS-051027* | *2007-2012* | *573960-573982 J* |
| *155L 25mph Frontal Collision* | | *600641-600663 E* |
| *Test (AF05 w/o belt); FMVSS 208* | | |
| *Video* | | *575709* |
| | | |
| *Test Report No. RRMS-091005* | *2010-2010* | *651963-651980 J* |
| *35mph head-on* | | |
| *(FMVSS 301)* | | |
| *Video* | | *652059* |
| | | |
| *Test Report No. RRMS-101001* | *2011-2012* | *651907-651934 J* |
| *35mph head-on* | | |
| *(FMVSS 208, 212, 219)* | | |

| | | |
|---|---|---|
| *Video* | | *652057* |
| *Test Report No. RRMS-101003* | *2011-2012* | *651935-651962 J* |
| *30mph head-on* | | |
| *(FMVSS 208)* | | |
| *Video* | | *652058* |

### *RIGHT OBLIQUE*

| | | |
|---|---|---|
| *Test Report No. RRMS-051023* | *2007-2012* | *573864-573886 J* |
| *155L 25mph Right Oblique* | | *600545-600567 E* |
| *Collision Test (AM50 w/o belt)* | | |
| *FMVSS 208* | | |
| *Video* | | *575706* |
| *Test Report No. RRMS-051032* | *2007-2009* | *574000-574016 J* |
| *155L 30mph Right Oblique Collision* | | *600681-600697 E* |
| *Test (AM50 w/belt); FMVSS 301* | | |
| *Video* | | *575711* |
| *Test Report No. RRMS-091004* | *2010-2012* | *651997-652014 J* |
| *30mph right oblique* | | |
| *(FMVSS 301)* | | |
| *Video* | | *652061* |

### *LEFT OBLIQUE*

| | | |
|---|---|---|
| *Test Report No. RRMS-051024* | *2007-2012* | *573887-573909 J* |
| *155L 25mph Left Oblique* | | *600568-600590 E* |
| *Collision Test (AM50 w/o belt)* | | |
| *FMVSS 208* | | |
| *Video* | | *575707* |
| *Test Report No. RRMS-051031* | *2007-2009* | *573983-573999 J* |
| *155L 30mph Left Oblique Collision* | | *600664-600680 E* |
| *Test (AM50 w/belt); FMVSS 301* | | |
| *Test Report No. RRMS-091003* | *2010-2012* | *651981-651996 J* |
| *30mph left oblique* | | |
| *(FMVSS 301)* | | |
| *Video* | | *652060* |

*OFFSET*

| | | |
|---|---|---|
| *Test Report No. RRMS-051026* | *2007-2012* | *573935-573959 J* |
| *155L 25mph Left Offset Frontal* | | *600616-600640 E* |
| *Deformable Barrier Test* | | |
| *(AF05 w/belt); FMVSS 208* | | |
| | | |
| *Test Report No. RRMS-051029* | *2007-2010* | *575715-575745 J* |
| *155L 40mph Left Offset Frontal* | | *600465-600495 E* |
| *Deformable Barrier Test* | | |
| *Video* | | *575710* |
| | | |
| *Test Report No. RRMS-101007* | *2011-2012* | *651872-651906 J* |
| *40mph ODB* | | |
| *Video* | | *652056* |

*LINCAP*

| | | |
|---|---|---|
| *Test Report No. RRMS-052005* | *2007-2012* | *574082-574155 J* |
| *LINCAP Right Side Collision Test on* | | *600763-600836 E* |
| *155L (Non-SIAB specification,* | | |
| *Passenger side)* | | |
| *Video* | | *850672-850676* |
| | | |
| *Test Report No. RRMS-052006* | *2007-2012* | *574017-574081 J* |
| *LINCAP Left Side Collision Test on* | | *600698-600762 E* |
| *155L (SIAB specification, driver side)* | | |
| *Video* | | *575712* |

***Car to Car Rear-End***

| | | |
|---|---|---|
| *Test Report No. RRMS-052015* | *2007-2012* | *829226-829233 J* |
| *155L 55mph Left Side 70%* | | *829234-829241 E* |
| *Overlap Rear-end Collision Test* | | |
| *(FMVSS 301)* | | |
| *Video* | | *829409-829412* |

*SENSOR ON/OFF*

| | | |
|---|---|---|
| *Test Report No. RRMS-051034* | *2007-2012* | *829120-829172 J* |
| *155L Airbag Sensor* | | *829173-829225 E* |
| *(ON/OFF, Lo/Hi) Confirmation Test* | | |
| *(low speed frontal)* | | |

*Video*                                                                    *829396-829408*

(F) Documents related to Failure Mode and Effect Analysis applicable to the frame sub assembly, rear drive shaft, main body welding, floor assembly and fuel system (including the fuel tank, fuel line, fuel tank protector, fuel pressure regulator, fuel pulse damper, fuel injector, canister, filler pipe, and fuel filler neck and cap) of the 2007-2012 U.S. bound F.J. Cruiser.

| *Document Description* | *Bates Nos.* |
| --- | --- |
| *155L 64km/h ODB Frontal Collision Formal Genzu Drawing Model Ability Confirmation* | *827325-827376* |
| *155L 64km/h ODB RrFloor × RockerInner SPOT Breaking Countermeasure* | *827377-827456* |
| *155L 64km/h ODB Frontal Collision* | *827457-827499* |
| *Untitled* | *827500-827543* |
| *Examination of the Possibility of Base Material Breaking* | *827544-827589* |
| *Regarding 155L SE ODB Frontal Collision* | *827590-827638* |
| *Untitled* | *827639-827654* |
| *Displacement Rank Graph* | *827655-827696* |
| *Side View of Vehicle Deformation Drawing* | *827697-827758* |
| *Untitled* | *827759-827807* |
| *155L 64km/h ODB Frontal Collision Countermeasure Examination Meeting Hondout* | *827808-827822* |
| *AS CAE Genzu Drawing 2 Corner Countermeasure Calculation Result* | *827823-827856* |
| *AS CAE Genzu Drawing First Calculation Result* | *827857-827895* |

*Comparison to Test and Calculation*                                    *827896-827935*

*155L ODB Rapid Report*                                                 *827936-827966*

*Examination of the 2 Corner Part Using Cut Model*                      *827967-828031*

*155L CAE Genzu Drawing*                                                *828032-828075*

*155L 64km/h ODB Belt Line Reinforcement*                              *828076-828124*
*Effect Examination*

*155L 64km/h ODB Frontal Collision Analysis*                           *828125-828164*

*155L ODB Rocker ME Examination*                                        *828165-828174*

*155L 64km/h ODB Frontal Collision*                                     *828175-828179*
*Formal Genzu Drawing Model Ability*
*Confirmation*

*Untitled*                                                              *828180-828183*

*Side View of Vehicle Deformation Drawing*                             *828184-828212*

## EXHIBIT "TWO"

## Documents Produced by Plaintiffs Subject to a Stipulated Protective Order

1.  "McDonald – 000194 through 000286" – Kellen McDonald medical records from University of Utah Hospital.

2.  "McDonald – 000287 through 001271" – Kellen McDonald medical records from Children's Hospital.

3.  "McDonald – 001272 through 001341" – Kellen McDonald plastic surgery records from Dr. Elliott Rose.

4.  "McDonald – 001342 through 001354" – Kellen McDonald therapy records from Dr. Robert Tinker.

5.  "McDonald – 001355 through 001433" – Leslie McDonald San Juan Regional Medical Center records.

6.  "McDonald – 001434 through 001444" – Leslie McDonald University of Colorado Hospital records.

7.  "McDonald – 001445 through 001725" – Billing Records and Expenses.