IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00704–RM–KMT

LESLIE MCDONALD, individually and as parent guardian of Kellen McDonald, and
KELLEN MCDONALD, a minor, by and through his parent and guardian Leslie McDonald,

    Plaintiffs,

v.

TOYOTA MOTOR CORPORATION, a Japanese Corporation,
TOYOTA MOTOR SALES U.S.A., INC., a California Corporation, and
DOES 1-30, inclusive,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion to Amend Complaint and Scheduling Order" (Doc. No. 34, filed March 5, 2014) is GRANTED. The Clerk of Court is directed to file Plaintiff's First Amended Complaint and Jury Demand (Doc. No. 34-2). Defendant shall answer or otherwise respond to Plaintiff's First Amended Complaint no later than April 10, 2014. The deadline for Plaintiff's expert disclosures is extended to April 15, 2014 and the deadline for Defendants' expert disclosures is extended to May 15, 2014. No rebuttal expert disclosures will be permitted. The Discovery Cut-off is extended to June 20, 2014 for the sole purpose of conducting expert witness and/or supplemental expert witness depositions.

Dated: March 6, 2014