## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

Civil Action No. 13-cv-00704-RM-KMT

**LESLIE MCDONALD,** individually and as a parent and guardian of **KELLEN MCDONALD**; and
**KELLEN MCDONALD**. a minor, by and through his parent and guardian **LESLIE MCDONALD**,

      Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION**, a Japanese Corporation;
**TOYOTA MOTOR SALES U.S.A., INC.**, a California Corporation; and
**DOES 1-30**, inclusive,

      Defendants.

---

### ORDER GRANTING JOINT MOTION TO STAY CASE

---

THIS MATTER, having come before the Court on the parties' Joint Motion to Stay Case, and the Court being advised in the premises and for good cause shown,

ORDERS that the Motion is GRANTED.

THE COURT ORDERS that this case is stayed until September 1, 2014. On such date, the parties will file a status report with the Court.

DATED this 4th day of June, 2014.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge