**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Civil Action No. 13-cv-00704-RM-KMT

**LESLIE MCDONALD,** individually and as a parent and
guardian of **KELLEN MCDONALD**; and
**KELLEN MCDONALD**. a minor, by and through his parent
and guardian **LESLIE MCDONALD**,

      Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION**, a Japanese
Corporation;
**TOYOTA MOTOR SALES U.S.A., INC.**, a California
Corporation; and
**DOES 1-30**, inclusive,

      Defendants.

---

### ORDER EXTENDING STAY OF CASE

---

THIS MATTER, having come before the Court on the parties' Joint Status Report, and

the Court being advised in the premises and for good cause shown,

ORDERS that the stay currently in place in this case is hereby extended until October 15,

2014, at which time the Parties shall submit a status report regarding the status of settlement.

DATED this 28th day of August, 2014.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge