IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-00704-RM-KMT

**LESLIE MCDONALD,** individually and as a parent and guardian of **KELLEN MCDONALD**; and
**KELLEN MCDONALD**. a minor, by and through his parent and guardian **LESLIE MCDONALD**,

    Plaintiffs,

v.

**TOYOTA MOTOR CORPORATION**, a Japanese Corporation; and
**TOYOTA MOTOR SALES U.S.A., INC.**, a California Corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court, having reviewed the Stipulation and the file and being otherwise fully advised and informed,

HEREBY ORDERS that the Stipulation is APPROVED, and the above-captioned case and all claims maintained in the action are DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs and fees.

DATED this 7th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge